# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT
## REVISED & AMENDED

IN RE:        **DIABETES ENDOCRINOLOGY & METABOLISM ASSOCIATES, P.A.**

**CASE NO:**   **17-30204**

**Reporting Period:**

> **FROM:**     **May 1, 2017**
> **TO:**        **May 31, 2017**

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: <u>August 10, 2017</u>         <u>/s/  Godwin Uzomba</u>
                            Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: <u>August 10, 2017</u>          /s/<u>Dennis O'Dea</u>
                            Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____

_____
_____

_____

_____

_____

_____

f

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: _____ May 1, 2017 _____          AMOUNT:  $__1,729.53__

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| Patient Charges Medical  Services | 5,703.72 | Inventory Purchased | 0 |
| | | Salaries/Wages | 2,132.83 |
| | | Taxes (Total) | |
| | | Insurance (Total) | |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 200.00 |
| | | Rent | |
| | | Professional Fee | 0 |
| | | Maintenance/Repair | 275.00 |
| | | Computer Software & Supplies | 709.04 |
| | | OTHER DISBURSEMENTS (List) | |
| | | Professional Association Fees | |
| | | Software Service Charge | |
| | | Taxes & License | 731.00 |
| | | Travel | |
| | | Toyota Credit | |
| | | Bank Charges | 295.88 |
| | | Office supply and misc purchase | 1,096.71 |
| TOTAL CASH RECEIPTS | 5,703.72 | TOTAL DISBURSEMENTS | 5,440.46 |
| NET CHANGE | | | 263.26 |

**ENDING CASH POSITION**

DATE:    May 31, 2017_____          AMOUNT: $__1,992.79_____

f

## PAYMENTS TO SECURED CREDITORS

X _____        No Secured Debt

X _____        No Secured Debt Payments Made During Reporting Period

X _____        All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| 0 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | AMOUNT | |

## PAYMENTS ON PRE-PETITION DEBT

X _____        No payments have been made on pre-petition unsecured debt during the reporting period.

X _____        All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| | 0 | | |
| | | | |
| | | | |
| | | | |
| | | | |

f

# BANK ACCOUNTS

```
ALL BANK STATEMENTS MUST BE ATTACHED

FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE

AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.

ATTACH BANK STATEMENT TO CORRESPONDING PAGE.
```

Name of Bank:     BB&T_____

Address:     7521 Pineville Matthews Road_____
                     Street and/or P. O. Box Number

                     Charlotte                              NC              28266
                     City                                      State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):     _____Operating_____

Account Number:     XXXXXXXXXXXX5358_____

DATE PERIOD BEGINS:     _____May 1, 2017_____

              Ending Balance (per the attached
              bank statement for this period)     $_____1,143.43_____

              Outstanding Deposits and Other
              Credits Not On Statement     $_____0_____

              Outstanding Checks and Other
              Debits Not On Statement     $          0_____

              Ending Reconciled Balance*     $     1,143.43_____

DATE PERIOD ENDS:     May 31, 2017_____

Highest Daily Balance During Above Period $___2,822.82_____

f

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank:                          Carolina Premier Bank

Address:                          13024 Ballantyne Corporate Place, Suite 100
                                              Street and/or P. O. Box Number

                          Charlotte          NC          28277

                          City               State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):          Debtor In Possession Operating Account

Account Number:          XXXX2094
DATE PERIOD BEGINS:          April 1, 2017

Ending Balance (per the attached
bank statement for this period)          $    849.36

Outstanding Deposits and Other
Credits Not On Statement          $    0

Outstanding Checks and Other
Debits Not On Statement          $    0

Ending Reconciled Balance*          $849.36

DATE PERIOD ENDS:          May 31, 2017
Highest Daily Balance During Above Period  998.04
*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.
*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.
    f

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| Godwin Uzomba | Salary | $ 275.00 |
| Ben Nwoke | Salary | $ 0.00 |
| | | $ |
| | | $ |

**Non-Insider Employees:**
Type (i.e., Salaried, Wage)

| | | AMOUNT PAID |
|------|------|-------------|
| | | $ |
| Wages, two employees | Wages | $ 1,857.86 |
| | | $ |
| | | $ |

**Commission/Bonus Payments:**

| | AMOUNT PAID |
|------|------|
| None | $ |
| | $ |
| | $ |
| | $ |

**Independent Contractors:**

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| | | $ |
| None | | $ |

**Total     Salary/Wage/Commission/ Payments**          $    2,132.83

* "Insider" is defined in 11U.S.C. Sec101(31)

f

# SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of:          May, 31  2017 _____
                                                 (Date of Reporting Period)

II.  Sales (gross) During Reporting Period:      $ ____62,327.00__

III. Collections of Accounts Receivable
     During Reporting Period:                    $      5,703.72 _____

IV.  New Accounts Receivables Generated
     During Reporting Period:                    $      56,623.28 _____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ 0 | $ | $ |
| 31-60 DAYS | $ 0 | $ | $ |
| 61-90 DAYS | $ 0 | $ | $ |
| 91-120 DAYS | $ 0 | $ | $ |
| 120 DAYS AND OVER | $ 0 | $ | $ |
| TOTAL | $ 261,335.05 | $ | $ |

# INVENTORY (Cost Basis)

Beginning Date: _____          Ending Date: _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| N/A | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

* Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies.

f

## ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

___ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet (s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| 2015 Tax Return | September 15, 2016 | Unknown.  Tax preparer has unpaid charges and is retaining the draft returns.  The debtor will seek access to the documents. |
| Southern Commercial Real Estate | | 10,710.00 |
| Eclinical | | 1,819.37 |
| Payroll Taxes | | 4,761.89 |
| Player Family Associates LLC | | 28,111.88 |
| Unpaid  Management Salaries has not yet been determined | | |
| Comporium | | 1,049.64 |
| Spectrum | | 1,052.64 |
| Accrued Salaries | | 1,857.83 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Accrued Liabilities          $          49,363.25

f

# AFFIRMATIONS

1.   Yes __X__   No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes __X__   No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.[1]

3.   Yes _____   No __X__   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes _____   No*__X__   All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes __X__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes __X__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.

\*     If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

---

[1] The Company is providing additional information to the Bankruptcy Administrator as requested

f

# DEMA

## POST - Unpaid taxes by Type and Payee

| Month end | Pay Date | IRS | | | ND Dept of Revenue | | Total | Balance |
|-----------|----------|-----------|---------|--------|---------|--------|---------|---------|
| | | Social Sec | Fed W/H | Fed UI | NC W/H | NC UI | | |
| | 2/10/2017 | 393.40 | 141.74 | 15.43 | 58.00 | 37.28 | 645.85 | |
| | 2/24/2017 | 333.86 | 128.02 | 13.09 | 73.00 | 31.64 | 579.61 | |
| February | | 727.26 | 269.76 | 28.52 | 131.00 | 68.92 | 1,225.46 | 1,225.46 |
| | 3/10/2017 | 335.60 | 128.79 | 13.17 | 74.00 | 31.80 | 583.36 | |
| | 3/24/2017 | 342.72 | 133.81 | 13.44 | 77.00 | 32.48 | 599.45 | |
| March | | 678.32 | 262.60 | 26.61 | 151.00 | 64.28 | 1,182.81 | 2,408.27 |
| | 4/7/2017 | 342.72 | 133.81 | 6.26 | 77.00 | 32.48 | 592.27 | |
| | 4/21/2017 | 342.72 | 133.81 | 3.32 | 77.00 | 32.48 | 589.33 | |
| April | | 685.44 | 267.62 | 9.58 | 154.00 | 64.96 | 1,181.60 | 3,589.87 |
| | 5/5/2017 | 342.72 | 133.81 | - | 77.00 | 32.48 | 586.01 | |
| | 5/19/2017 | 342.72 | 133.81 | - | 77.00 | 32.48 | 586.01 | |
| May | | 685.44 | 267.62 | - | 154.00 | 64.96 | 1,172.02 | 4,761.89 |

f




Page 1 of 4    05/31/17
:NC [REDACTED] 8859

**BB&T**

500-21-01-00 55621  0 C 001 26 S  66 002
DIABETES ENDOCRINOLOGY & METABOLISM ASSO
CHAPTER 11 DEBTOR IN POSSESSION
10036 PARK CEDAR DR STE A
CHARLOTTE NC  28210-8915

# Your account statement
For 05/31/2017

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

Business owners and leaders of public and nonprofit organizations are encouraged to consider providing BB&T@Work as a no-cost employee benefit to their associates. Academic research demonstrates the link between financial wellness and job performance, and the BB&T@Work program contains resources to help your staff reduce stress associated with their personal financial circumstances. Our Financial Foundations educational modules, U by BB&T, and the benefit-rich Elite@Work checking account can set financial wellness in motion in your workplace--resulting in more productive, happier employees, and a stronger bottom line. For more information, contact your banking officer or visit BBT.com/AtWork.

BB&T, Member FDIC.
© 2017, Branch Banking and Trust Company. All rights reserved

---

- **BUSINESS VALUE** [REDACTED] 5358

### Account summary

| | |
|---|---|
| Your previous balance as of 04/28/2017 | $1,417.76 |
| Checks | - 2,332.55 |
| Other withdrawals, debits and service charges | - 1,065.05 |
| Deposits, credits and interest | + 3,123.27 |
| Your new balance as of 05/31/2017 | = $1,143.43 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 05/05 | 1010 | 275.00 | 05/23 | 1014 | 99.00 | 05/19 | 1016 | 275.00 |
| 05/22 | * 1012 | 200.00 | 05/18 | 1015 | 650.00 | 05/31 | 1017 | 137.50 |
| 05/22 | 1013 | 696.05 | | | | | | |

\* indicates a skip in sequential check numbers above this item

Total checks = $2,332.55

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | DEBIT CARD PURCHASE PPS 30904-27 CHARLOTTE    NC 2398 | 11.00 |
| 05/01 | BUS ONLINE MANAGE USERS FEE 7261 | 5.00 |
| 05/15 | DEBIT CARD PURCHASE JM FOODS & RETAIL 05-12 KINGSTON 5    2398 | 13.71 |
| 05/15 | DEBIT CARD INT'L TRAN FEE JM FOODS & RETAIL 05-12 KINGSTON 5    2398 | 0.41 |
| 05/15 | MERCH FEE TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 68.49 |
| 05/15 | MERCH FEE TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588442 | 94.39 |
| 05/17 | DEBIT CARD PURCHASE DEA REGISTRATION 05-16 202-307-7218 VA 2398 | 731.00 |
| 05/23 | DEPOSIT CORRECTION | 100.00 |
| 05/30 | DEBIT CARD PURCHASE LOWES #02442* 05-26 FORT MILL    SC 2398 | 28.06 |
| 05/30 | DEBIT CARD RECURRING PYMT EIG*Dotster 05-28 866-5392854    MA 2398 | 12.99 |

Total other withdrawals, debits and service charges = $1,065.05

0063153

■ BUSINESS VALUE 200 ███████ 358 (continued)

## Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 05/02 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 180.00 |
| 05/03 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588442 | 605.00 |
| 05/04 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 309.00 |
| 05/08 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 130.00 |
| 05/10 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 339.00 |
| 05/15 | DEPOSIT ADJUSTMENT | 0.06 |
| 05/15 | COUNTER DEPOSIT | 310.00 |
| 05/17 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588442 | 20.00 |
| 05/17 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 63.45 |
| 05/18 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 12.00 |
| 05/22 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 117.00 |
| 05/23 | COUNTER DEPOSIT | 100.00 |
| 05/23 | COUNTER DEPOSIT | 666.16 |
| 05/24 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 215.00 |
| 05/25 | DEPOSIT  TSYS MERCHANT DIABETES ENDOCRINOLOGY 2000588459 | 56.60 |
| Total deposits, credits and interest | | = $3,123.27 |

### Shred Financial Documents

Protect your personal information by disposing of this statement and other sensitive financial documents using a cross-cut shredder. If you don't have one, consider using a commercial shredding service.

Learn more Document Shredding and Retention Guidelines at **BBT.com/Security**
BB&T, Member FDIC.



Page 3 of 4     05/31/17
, NC

Member FDIC

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an INTEREST CHARGE

will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary

**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BB1.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| | | | | | |
| | | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |
| | | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | | |

0063154

*Carofivta*
PREMIER BANK

~~1-704-592-5092~~
Toll Free: 1-888-572-0572
Fax: 1-704-697-5080
*Member FDIC*

13024 Ballantyne Corporate Place, Suite 100 • Charlotte, NC 28277

Return Service Requested

DIABETES ENDOCRINOLOGY & METABOLISM
ASSOCIATES PA
10036 PARK CEDAR DR STE A
CHARLOTTE  NC 28210-8915

| | |
|---|---|
| Account Number: | ■2094 |
| Date: | 05-31-17 |
| Images: | 0 |
| Branch: | BRANCH-100 |
| Page | 1 of 4 |

NOTICE OF FEE CHANGES EFFECTIVE JULY 1, 2017
Non- sufficient funds (NSF) / Returned Checks:  $35.00 per item
Overdraft items: $35.00 per item
Stop Payments: $35.00 for checks, ACH transactions and recurring debits
Please contact any of our banking professionals if you have any
questions.

BUSINESS CHECKING          DIABETES ENDOCRINOLOGY & METABOLISM          Acct   10012094
ASSOCIATES PA

## Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 5/01/17 | $11.?? |
| Deposits / Misc Credits | 17 | 5,577.1? |
| Withdrawals/ Misc Debits | 11 | 5,039.1? |
| Ending Balance | 5/31/17 | 549.?? |
| Service Charge | | .00 |
| Interest Paid Thru 5/31/17 | | .0? |
| Interest Paid Year To Date | | .00 |
| Average Balance | | 511 |
| Average Collected Balance | | 511 |
| Minimum Balance | | 1,525- |
| Average Rate / Cycle Days | | .00000 / 31 |
| Enclosures | | 2 |

## Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 5/0? | 102.?? | BLUE CROSS BLUE/HCCLAIMPMT<br>TRN*1*0002e2504*1570.*741**BCBSEX-<br>DIABETES ENDOCRINOLOGY |
| 5/0? | 47.?? | UNITEDHEALTHCARE/HCCLAIMPMT<br>TRN*1*10??4.?5.?7*?4134e*24?*000087756<br>DIABETES ENDOCRINOLOGY |
| 5/0? | 5?6.00 | BLUE CROSS BLUE/HCCLAIMPMT<br>TRN*1*0002270500**370287419*401-<br>DIABETES ENDOCRINOLOGY |
| 5/?? | 14?.?4 | Roy PAYROLL I  INC/ R?0??<br>DIABETES ENDOCRNYCH?.?? |
| 5/1? | 58.0e | UnitedHealthcare/HCCLAIMPMT<br>TRN*1*1?72*01765*1411.?3*24?*?0308772K<br>DIABETES ENDOCRINOLOGY |
| 5/1? | ?31.?? | Rev CHECK |

*Carofivta*
PREMIER BANK

Toll Free: 1-888-572-0572
Fax: 1-704-697-5080
*Member FDIC*

13024 Ballantyne Corporate Place, Suite 100 • Charlotte, NC 28277

Return Service Requested

Account Number: 2094
Date:                              05-31-17

DIABETES ENDOCRINOLOGY & METABOLISM

## Deposits and Other Credits

| Date | Deposits | Activity Description |
|------|----------|---------------------|
| 5/15 | 489.81 | CIGNA/HCCLAIMPMT |
| | | TRN*1*170511090013605*1591031071\ |
| | | /DIABETES   ENDOCRINOLOG |
| 5/16 | 74.18 | S.C. STATE GROUP/HCCLAIMPMT |
| | | TRN*1*00015077..3*1570287419*400- |
| | | DIABETES ENDOCRINOLOGY |
| 5/16 | 81.73 | UnitedHealthcare/HCCLAIMPMT |
| | | TRN*1*1272847706*1411299245*000087726\ |
| | | DIABETES ENDOCRINOLOGY |
| 5/16 | 97.00 | BLUE CROSS  BLUE/HCCLAIMPMT |
| | | TRN*1*0002270536*1570287419*401- |
| | | DIABETES ENDOCRINOLOGY |
| 5/16 | 450.61 | BLUECHOICE HEALT/HCCLAIMPMT |
| | | TRN*1*0000604137*1570266835*BCHPEX- |
| | | DIABETES ENDOCRINOLOGY |
| 5/25 | 105.31 | UnitedHealtcare/HCCLAIMPMT |
| | | TRN*1*1275126412*1411299245*000087726\ |
| | | DIABETES ENDOCRINOLOGY |
| 5/26 | 56.39 | CIGNA/HCCLAIMPMT |
| | | TRN*1*170530900107T9*1591031071\ |
| | | /DIABETES ENDOCRINO |
| 5/31 | 103.32 | CIGNA/HCCLAIMPMT |
| | | TRN*1*170530900013967*15910310.1\ |
| | | /DIABETES ENDOCRINOLOG |
| 5/30 | 591.80 | Ret: CHECK |
| 5/30 | 782.90 | Ret: CHECK |
| 5/31 | 917.00 | BLUE CROSS  BLUE/HCCLAIMPMT |
| | | TRN*1*0002296832*1570287419*401- |
| | | DIABETES ENDOCRINOLOGY |

## Other Debits and Withdrawals

| Date | Withdrawals | Activity Description | |
|------|-------------|---------------------|---|
| 5/10 | 147.34 | PAYROLL 1 INC/INVOICE | |
| | | DIABETES ENDOCNCCH5250 | |
| 5/29 | 35.00 | Non-sufficient (NSF) Fee | |
| 5/29 | 32.00 | N n-sufficient (NSF) Fee | |
| | | #            s468 | |
| 5/2 | 147.01 | PAYROLL 1 INC/INVOICE | |
| | | DIABETES ENDOCNCCH5150 | |
| 5/13 | 64.00 | Non-sufficient (NSF) Fee | |
| | | #            s468 | s470 |

*Carofivta*
**PREMIER** BANK

1-704-732-9292
Toll Free: 1-888-572-0572
Fax: 1-704-697-5080
*Member FDIC*

13024 Ballantyne Corporate Place, Suite 100 · Charlotte, NC 28277

Return Service Requested

Account Number: ███2094
Date: 05-31-17

DIABETES ENDOCRINOLOGY & METABOLISM

## ATM/POS Transactions

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|
| 5/24 | | 9.99 | POS PURCHASE VITAL MONKEY 866-2165784 WV |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 5/24 | 1137 | 891.86 | 5/12 | 8468 | 891.86 | 5/30 | 8470 | 891.86 |
| 5/10 | 8467* | 965.97 | 5/30 | 8469 | 965.97 | | | |

\* indicates a break in check number sequence

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 414.40 | 5/12 | 28.13 | 5/25 | 203.09 |
| 5/05 | 482.74 | 5/15 | 515.04 | 5/26 | 392.38 |
| 5/09 | 995.04 | 5/16 | 1,149.57 | 5/30 | 332.32 |
| 5/11 | .07 | 5/23 | 100.68 | 5/31 | 340.36 |

Carolil'l.a
**PREMIER BAN**
K

Account : 2094



05/23/2017    1137    $891.86



05/10/2017    8467    $965.97



05/12/2017    8468    $891.86



05/30/2017    8469    $965.97



05/30/2017    8470    $891.86

THIS FORM IS PROVIDED TO HELP YOU RECONCILE
YOUR ACCOUNT

MONTH___  ___  ___        20__

| ITEMS OUTSTANDING NOT CHARGED TO ACCOUNT | |
|---|---|
| NO. | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

BANK BALANCE
SHOWN ON
THIS STATEMENT  $___   _

BALANCE
ACCORDING TO
YOUR RECORDS  $___   _

ADD+

OTHER
ADJUSTMENTS   $_____

DEPOSITS NOT CREDITED
IN THIS STATEMENT
(IF ANY)

$_____

$_____

OTHER
ADJUSTMENTS   $_____

TOTAL   $_____

SUBTRACT

ITEMS
OUTSTANDING

SERVICE
CHARGE   $_____

THESE BALANCES SHOULD EQUAL

BALANCE   $_____      $_____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at (704) 752-9292 or write to us at 13024 Ballantyne Corporate Place, Suite 100, Charlotte NC 28277 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. If writing to us, please indicate the following:

- Tell us your name and account number (if any)
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error., so that you will have the use of the money during the time it takes us to complete our investigation. THIS IS APPLICABLE TO CONSUMER ACCOUNTS ONLY.

## OVERDRAFT PROTECTION/CREDIT LINES

To figure the finance charge for a billing cycle, we apply the daily periodic rate of finance charge shown on the front of this statement to the "principal balance· of your loan account each day. To figure the "principal balance" for each day, we first take your loan account balance at the beginning of the day and subtract any unpaid finance charges and credit insurance premiums (if any) that are due. Next, we subtract the portion of any payments or credits received that day which apply to the repayment of your loans. (A portion of each payment you make is applied to finance charges and credit insurance premiums, if any.) Then we add any new loans made that day. The final figure is the "principal balance".
NOTE: Rates may vary.

Carolina Premier Bank
13024 Ballantyne Corporate Place, Suite 100
Charlotte, NC 28277
Phone: 704-752-9292
Toll Free: 888-572-0572
FAX: 704-697-5080
Lost/Stolen Debit Card: 1-800-500-1044
www.carolinapremierbank.com