# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **DIABETES ENDOCRINOLOGY &** | ) | Case No. 17-30204 |
| **METABOLISM ASSOCIATES, P.A.** | ) | |
| | ) | |
| **Debtor.** | ) | |

## SUPPLEMENT TO RESPONSE AND REQUEST FOR SPECIAL SETTING OF DIABETES ENDOCRINOLOGY METABOLISM ASSOCIATES, P.A. TO MOTIONS OF THE BANKRUPTCY ADMINISTRATOR TO DISMISS THIS CASE, AND OF AAGT, LLC AND PLAYER FAMILY ASSOCIATES, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSESS TO REPORT AVAILABILITY OF JAMIE BEST.

The debtor Diabetes Endocrinology & Metabolism Associates, P.A. supplements its response to the motions of the Bankruptcy Administrator, AAGT, LLC and Player Family Associates, LLC to advise the court and parties that its financial advisor and accountant Jamie Best is now available and able to appear at the hearing scheduled for September 13, 2017 due to the cancellation of his conflicting engagement due to hurricane Irma.

Respectfully Submitted,

DIABETES ENDOCRINOLOGY
& METABOLISM ASSOCIATES, P.A.

By its attorney

SFS Law Group

/s/Dennis O'Dea
Dennis O'Dea

                    NC Bar No. 35072
                    122 N. McDowell Street
                    Charlotte, NC 2820
                    T (704) 780-1544
                    F (704) 973-0043
                    dennis.odea@sfslawgroup.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Response was served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and by first class United States mail, postage prepaid in envelopes addressed as set forth below on the parties listed on the attached service where indicated on September 12, 2017.

Dated: Charlotte, North Carolina
       September 12, 2017.

                                  /s/Dennis O'Dea

## SERVICE LIST

Ed Lloyd & Associates, PLLC
Attn: Ed Lloyd
8045 Corporate Drive Circle, Suite 100
Charlotte, NC 28226

US MAIL

United States Bankruptcy Administrator
402 W. Trade Street,
Suite 200
Charlotte, NC 28202-1669

US MAIL AND ECF

Stuart L. Pratt
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon Street
Charlotte, NC 28246

ECF

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

USMAIL

Baucom Claytor
Attn: Heath Claytor
200 Providence Road,
Suite 106
Charlotte, NC 28207

US MAIL

Lucas Endeavors
Attn: Sam Lucas
8430 University Executive Park Drive,
 Suite 645
Charlotte, NC 28262

US MAIL


The Canipe Law Firm
10130 Mallard Creek Road
Suite 300
Charlotte, NC 28262

US MAIL